**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALPHONSO SYVILLE,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 9265 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 10, 2020, that this action be, and herby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         February 10, 2020

                                                  **RUBY J. KRAJICK**
                                                  Clerk of Court
                                        BY:
                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/10/2020